**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-7414**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WALTER LOUIS INGRAM,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CR-92-116, CA-97-3512-JFM)

_____

Submitted:  December 17, 1998      Decided:  January 7, 1999

_____

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Cheryl Johns Sturm, Westtown, Pennsylvania, for Appellant.  Andrea
L. Smith, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Mary-
land, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Walter Louis Ingram seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Ingram, Nos. CR-92-116; CA-97-3512-JFM (D. Md. May 27, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on May 22, 1998, the district court's records show that it was entered on the docket sheet on May 27, 1998. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the judgment or order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).